IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL C. WILLIAMS, EXECUTOR OF THE ESTATE OF KATHRYN M. WILLIAMS, a/k/a KATHRYN WILLIAMS, DECEASED,** | : | No. 17cv234 |
| Plaintiff | : | (Judge Munley) |
| v. | : | |
| **HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 29th day of January 2018, the defendant's motion for summary judgment (Doc. 13) is **HEREBY GRANTED**. Plaintiff's request for declaratory judgment and specific performance is **DENIED**.

The Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff. The Clerk of Court is further directed to **CLOSE** this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**